## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **DAVID L. JEMISON,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| vs. | : | **CIVIL ACTION 11-00325-WS-B** |
| | : | |
| **WARDEN WHITE,** *et al.*, | : | |
| | : | |
| **Defendant.** | : | |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C.    § 1915(g).

**DONE** this 12th day of October, 2011.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE