## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **DAVID L. JEMISON,** : | |
| : | |
| Plaintiff, : | |
| : | |
| vs. : | **CIVIL ACTION 11-00325-WS-B** |
| : | |
| **WARDEN WHITE,** *et al.*, : | |
| : | |
| Defendant. | |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

**DONE** this 12th day of October, 2011.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE